UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
MICHAEL FORD,                             )
                                          )
            Plaintiff,                    )   Civil Action No.
                                          )   18-11473-FDS
      v.                                  )
                                          )
MONICKA STINSON,                          )
                                          )
            Defendant.                    )
_____)

# ORDER OF DISMISSAL

**SAYLOR, J.**

On May 3, 2019, defendant Boston Police Officer Monicka Stinson filed a motion to dismiss for insufficient service of process and for failure to state a claim upon which relief can be granted. Plaintiff Michael Ford's response was due 14 days later. When Ford failed to file an opposition or other response, the Court issued a show-cause order on May 20, 2019. That order directed Ford to show cause, in writing, by June 20, 2019, why the motion should not be granted.

On June 5, 2019, Ford filed what the Court will presume was a response to the show-cause order. That four-sentence pleading, entitled "Plaintiff's Claims," contained additional damage allegations against defendant, but did not address the deficiencies with service of process and sufficiency of the complaint raised in the motion to dismiss. Ford has not otherwise responded to the show-cause order or the motion to dismiss. Accordingly, the motion appearing to be meritorious, the motion to dismiss filed by defendant Monicka Stinson, is GRANTED, and this matter is DISMISSED.

**So Ordered.**

|  |  |
|---|---|
|  | /s/ F. Dennis Saylor |
|  | F. Dennis Saylor IV |
| Dated: June 24, 2019 | United States District Judge |